# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Thomas Renzi

                         Plaintiff,

v.                                         Case No.: 1:16−cv−02641

                                                            Honorable Matthew F. Kennelly

Union Pacific Railroad Company

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 31, 2018:

      MINUTE entry before the Honorable Susan E. Cox: Settlement conference held on 10/30/2018. Case settled. Parties executed a settlement agreement at the conclusion of the conference. Parties expect to inform the court about the settlement and likely dismiss the matter at the 11/5/2018 status before the district judge. Referral terminated. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.