IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS RENZI ) | |
| ) | No. 16-cv-02641 |
| Plaintiff, ) | |
| ) | Judge Hon. Matthew F. Kennelly |
| v. ) | |
| ) | Magistrate Judge Hon Susan E. Cox |
| UNION PACIFIC RAILROAD ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION TO DISMISS

IT IS STIPULATED AND AGREED by Plaintiff, THOMAS RENZI, and Defendant, UNION PACIFIC RAILROAD, by the through their attorneys, RIDGE & DOWNES and SARAH-JOEL M. PRIVERT, that Plaintiff's Complaint in the above-captioned matter be dismissed with prejudice, all matters having been settled.

Dated: November 16, 2018

THOMAS RENZI                                    UNION PACIFIC RAILROAD

By: /s/James T. Farnan                          By: Sarah-Joel Privert
    James T. Farnan                                 Sarah-Joel M. Privert
    RIDGE & DOWNES                                  UNION PACIFIC RAILROAD
    101 N. Wacker Drive                             101 N. Wacker Drive
    Suite 200                                       Suite 1920
    Chicago, IL 60606                               Chicago, IL 60606
    (312) 372-8282                                  (312) 777-2062

## CERTIFICATE OF SERVICE

    The undersigned, a non-attorney, states that she caused a true and correct copy of the foregoing STIPULATION TO DISMISS to be filed using the CM/ECF System, which will send notification of such filing to all counsel of record below on November 16, 2018.

Sarah-Joel M. Privert
Brody E. Dawson
Union Pacific Railroad
101 N. Wacker Drive
Room 1920
Chicago, IL 60606-1718

*/s/ Mary Gardiner*

James T. Farnan
RIDGE & DOWNES
101 N. Wacker Drive
Suite 200
Chicago, IL 60606
(312) 372-8282
jfarnan@ridgedownes.com